# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS
## WESTERN DIVISION

| | | |
|---|---|---|
| In re: ACCOUNTABLE CARE ASSOCIATES, INC. | § | Case No. 15-31132 |
| | § | |
| | § | |
| Debtor(s) | § | |

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
## REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
## AND APPLICATION TO BE DISCHARGED (TDR)

Gary M. Weiner, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: $16,843.75<br>*(without deducting any secured claims)* | Assets Exempt: $0.00 |
| Total Distribution to Claimants:$3,363,127.59 | Claims Discharged<br>Without Payment: $10,916,093.56 |
| Total Expenses of Administration:$1,293,726.74 | |

3) Total gross receipts of $  4,656,854.33  (see **Exhibit 1** ), minus funds paid to the debtor and third parties of $       0.00    (see **Exhibit 2**), yielded net receipts of  $4,656,854.33 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: | | | | |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 1,293,726.74 | 1,293,726.74 | 1,293,726.74 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 39,356.80 | 1,487.04 | 1,487.04 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 0.00 | 18,802,951.51 | 14,277,734.11 | 3,361,640.55 |
| **TOTAL DISBURSEMENTS** | $0.00 | $20,136,035.05 | $15,572,947.89 | $4,656,854.33 |

4)  This case was originally filed under Chapter 7 on December 17, 2015. The case was pending for 65 months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6)  An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 06/10/2021          By: /s/Gary M. Weiner
                                         Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

**EXHIBITS TO
FINAL ACCOUNT**

## EXHIBIT 1 —GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| BANK ACCOUNTS - FIRST NIAGARA - 4913 | 1129-000 | 24,479.68 |
| BANK ACCOUNTS - FIRST NIAGARA - 4947 | 1129-000 | 61,441.89 |
| NET PROCEEDS FROM SALE OF PERSONAL PROPERTY | 1129-000 | 23,511.80 |
| POTENTIAL INSURANCE POLICY REFUNDS | 1129-000 | 5,805.01 |
| POTENTIAL TAX REFUNDS | 1224-000 | 82,020.00 |
| CAUSE OF ACTION V. GAZIANO ET AL | 1129-000 | 3,000,000.00 |
| CLAIM AGAINST QUALITY HEALTH IDEAS, INC | 1129-000 | 1,037,000.00 |
| ACCOUNTS RECEIVABLE - NOBLE HOSPITAL | 1121-000 | 199,695.95 |
| CLAIM AGAINST PETER DRENNAN MD | 1241-000 | 4,000.00 |
| CLAIM AGAINST MARC GOLDMAN | 1241-000 | 5,000.00 |
| CLAIM AGAINST GREGORY MILLIGAN | 1241-000 | 12,500.00 |
| CLAIM AGAINST SHAMIM NAJEEBI MD | 1241-000 | 10,000.00 |
| CLAIM AGAINST THOMAS GAZIANO, MD | 1241-000 | 10,000.00 |
| CLAIM AGAINST JONATHAN BAYUK , DO | 1241-000 | 72,400.00 |
| CLAIM AGAINST JAMES GIORDANO | 1241-000 | 67,500.00 |
| CLAIM AGAINST RAMACHANDRAN KUPPUSWAMY MD | 1241-000 | 35,000.00 |
| Remnant Assets | 1229-000 | 6,500.00 |
| **TOTAL GROSS RECEIPTS** | | **$4,656,854.33** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 —FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

**UST Form 101-7-TDR (10/1/2010)**

**EXHIBIT 3 —SECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | None | | | |
| **TOTAL SECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

**EXHIBIT 4 —CHAPTER 7 ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Trustee Compensation - Gary M. Weiner | 2100-000 | N/A | 162,955.63 | 162,955.63 | 162,955.63 |
| Trustee Expenses - Gary M. Weiner | 2200-000 | N/A | 823.02 | 823.02 | 823.02 |
| Other - International Sureties, Ltd. | 2300-000 | N/A | 448.18 | 448.18 | 448.18 |
| Clerk of the Court Costs (includes adversary and other filing fees) - United | 2700-000 | N/A | 1,750.00 | 1,750.00 | 1,750.00 |
| Other - Commonwealth of Massachusetts | 2820-000 | N/A | 3,208.00 | 3,208.00 | 3,208.00 |
| Attorney for Trustee Fees (Trustee Firm) - Weiner Law Firm, P.C. | 3110-000 | N/A | 141,128.00 | 141,128.00 | 141,128.00 |
| Attorney for Trustee Expenses (Trustee Firm) - Weiner Law Firm, P.C. | 3120-000 | N/A | 840.47 | 840.47 | 840.47 |
| Other - Holland & Knight  LLP | 3210-600 | N/A | 778,547.00 | 778,547.00 | 778,547.00 |
| Other - Holland & Knight  LLP | 3220-610 | N/A | 33,015.00 | 33,015.00 | 33,015.00 |
| Other - Verdolino & Lowey, P.C. | 3410-000 | N/A | 126,126.50 | 126,126.50 | 126,126.50 |
| Other - Verdolino & Lowey, P.C. | 3420-000 | N/A | 8,489.66 | 8,489.66 | 8,489.66 |
| Other - JAMS | 3721-000 | N/A | 6,436.91 | 6,436.91 | 6,436.91 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 25.49 | 25.49 | 25.49 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 106.34 | 106.34 | 106.34 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 159.60 | 159.60 | 159.60 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 181.39 | 181.39 | 181.39 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 159.13 | 159.13 | 159.13 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 180.80 | 180.80 | 180.80 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 164.07 | 164.07 | 164.07 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 158.38 | 158.38 | 158.38 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 174.54 | 174.54 | 174.54 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 163.36 | 163.36 | 163.36 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 174.45 | 174.45 | 174.45 |

| | | | | | |
|---|---|---|---|---|---|
| Other – Rabobank, N.A. | 2600-000 | N/A | 152.44 | 152.44 | 152.44 |
| Other – Rabobank, N.A. | 2600-000 | N/A | 168.54 | 168.54 | 168.54 |
| Other – Rabobank, N.A. | 2600-000 | N/A | 152.00 | 152.00 | 152.00 |
| Other – Rabobank, N.A. | 2600-000 | N/A | 178.91 | 178.91 | 178.91 |
| Other – Rabobank, N.A. | 2600-000 | N/A | 258.13 | 258.13 | 258.13 |
| Other – Rabobank, N.A. | 2600-000 | N/A | 434.27 | 434.27 | 434.27 |
| Other – Rabobank, N.A. | 2600-000 | N/A | 493.40 | 493.40 | 493.40 |
| Other – Rabobank, N.A. | 2600-000 | N/A | 432.83 | 432.83 | 432.83 |
| Other – Rabobank, N.A. | 2600-000 | N/A | 476.94 | 476.94 | 476.94 |
| Other – Rabobank, N.A. | 2600-000 | N/A | 446.44 | 446.44 | 446.44 |
| Other – Rabobank, N.A. | 2600-000 | N/A | 430.94 | 430.94 | 430.94 |
| Other – Rabobank, N.A. | 2600-000 | N/A | 489.03 | 489.03 | 489.03 |
| Other – Rabobank, N.A. | 2600-000 | N/A | 412.50 | 412.50 | 412.50 |
| Other – Rabobank, N.A. | 2600-000 | N/A | 441.37 | 441.37 | 441.37 |
| Other – Rabobank, N.A. | 2600-000 | N/A | 426.04 | 426.04 | 426.04 |
| Other – Rabobank, N.A. | 2600-000 | N/A | 547.31 | 547.31 | 547.31 |
| Other – Rabobank, N.A. | 2600-000 | N/A | 530.45 | 530.45 | 530.45 |
| Other – Rabobank, N.A. | 2600-000 | N/A | 630.22 | 630.22 | 630.22 |
| Other – Rabobank, N.A. | 2600-000 | N/A | 654.85 | 654.85 | 654.85 |
| Other – Rabobank, N.A. | 2600-000 | N/A | 337.40 | 337.40 | 337.40 |
| Other – Rabobank, N.A. | 2600-000 | N/A | 450.43 | 450.43 | 450.43 |
| Other – Metropolitan Commercial Bank | 2600-000 | N/A | 2,797.13 | 2,797.13 | 2,797.13 |
| Other – Metropolitan Commercial Bank | 2600-000 | N/A | 5,594.26 | 5,594.26 | 5,594.26 |
| Other – Metropolitan Commercial Bank | 2600-000 | N/A | 5,407.78 | 5,407.78 | 5,407.78 |
| Other – Metropolitan Commercial Bank | 2600-000 | N/A | 5,967.21 | 5,967.21 | 5,967.21 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $1,293,726.74 | $1,293,726.74 | $1,293,726.74 |

## EXHIBIT 5 —PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| | | None | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

**UST Form 101-7-TDR (10/1/2010)**

## EXHIBIT 6 —PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 2 -2 | Internal Revenue Service | 5800-000 | N/A | 15,167.26 | 0.00 | 0.00 |
| 33P | Catherine I. Hanson | 5800-000 | N/A | 1,487.04 | 1,487.04 | 1,487.04 |
| 42P | Massachusetts Department of Revenue | 5800-000 | N/A | 22,702.50 | 0.00 | 0.00 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $39,356.80 | $1,487.04 | $1,487.04 |

## EXHIBIT 7 —GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Willard MacDonnell Agency | 7100-000 | N/A | 5,800.00 | 5,800.00 | 1,374.16 |
| | U.S. Bankruptcy Court - Willard MacDonnell Agency | 7100-001 | N/A | N/A | N/A | 2.37 |
| 3 | W. F. Johnson & Son Electrical Co., Inc | 7100-000 | N/A | 6,544.90 | 6,544.90 | 1,550.64 |
| | U.S. Bankruptcy Court - W. F. Johnson & Son Electrical | 7100-001 | N/A | N/A | N/A | 2.67 |
| 4 | Abdul Khadra, MD | 7100-000 | N/A | 7,019.35 | 7,019.35 | 1,663.05 |
| | U.S. Bankruptcy Court - Abdul Khadra, MD | 7100-001 | N/A | N/A | N/A | 2.86 |
| 5 | Pitney Bowes Inc | 7100-000 | N/A | 2,086.11 | 2,086.11 | 494.25 |
| | U.S. Bankruptcy Court - Pitney Bowes Inc | 7100-001 | N/A | N/A | N/A | 0.85 |
| 6 | Pitney Bowes Inc | 7100-000 | N/A | 5,744.17 | 0.00 | 0.00 |
| 7 | Stephen Levine, M.D. | 7100-000 | N/A | 4,207.56 | 4,207.56 | 996.87 |
| | U.S. Bankruptcy Court - Stephen Levine, M.D. | 7100-001 | N/A | N/A | N/A | 1.72 |
| 8 | Infoshred, LLC | 7100-000 | N/A | 500.00 | 500.00 | 118.46 |
| | U.S. Bankruptcy Court - Infoshred, LLC | 7100-001 | N/A | N/A | N/A | 0.21 |
| 9 -2 | WB Mason Co. Inc. | 7100-000 | N/A | 1,396.93 | 1,396.93 | 330.96 |
| | U.S. Bankruptcy Court - WB Mason Co. Inc. | 7100-001 | N/A | N/A | N/A | 0.58 |
| 10 | U.S. Bank, N.A. dba U.S. Bank Equipment Finance | 7100-000 | N/A | 143,628.50 | 0.00 | 0.00 |
| 11 | PNC Equipment Finance, LLC | 7100-000 | N/A | 66,765.48 | 66,765.48 | 15,845.53 |
| 12 | Robert J Seer dba Scattered Packets | 7100-000 | N/A | 166,752.52 | 166,752.52 | 39,575.58 |
| 13 | United Parcel Service | 7100-000 | N/A | 900.77 | 900.77 | 213.41 |
| | U.S. Bankruptcy Court - United Parcel Service | 7100-001 | N/A | N/A | N/A | 0.37 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 14 | Picknelly Family Limited Partnership | 7100-000 | N/A | 527,353.55 | 527,353.55 | 125,157.46 |
| 15 | AMERICAN EXPRESS TRAVEL RELATED SERVICES COMPANY, | 7100-000 | N/A | 1,845.72 | 1,845.72 | 437.29 |
| | U.S. Bankruptcy Court - AMERICAN EXPRESS TRAVEL | 7100-001 | N/A | N/A | N/A | 0.76 |
| 16 | AMERICAN EXPRESS TRAVEL RELATED SERVICES COMPANY, | 7100-000 | N/A | 3,244.21 | 3,244.21 | 768.63 |
| | U.S. Bankruptcy Court - AMERICAN EXPRESS TRAVEL | 7100-001 | N/A | N/A | N/A | 1.32 |
| 17 | Lance D. Reynolds, M.D. | 7100-000 | N/A | 61,279.96 | 61,279.96 | 14,543.65 |
| 18 | George E. Reynolds, M.D. | 7100-000 | N/A | 102,269.31 | 102,269.31 | 24,271.70 |
| 19 | Bashir Bashiruddin, M.D. | 7100-000 | N/A | 67,371.78 | 67,371.78 | 15,989.43 |
| 20 | Stanley Glasser | 7100-000 | N/A | 16,108.04 | 16,108.04 | 3,822.94 |
| 21 | Mohan Rao, MD | 7100-000 | N/A | 5,668.62 | 5,668.62 | 1,343.03 |
| | U.S. Bankruptcy Court - Mohan Rao, MD | 7100-001 | N/A | N/A | N/A | 2.31 |
| 22 | Thirupaimaruth Raman, MD | 7100-000 | N/A | 11,802.94 | 11,802.94 | 2,796.39 |
| | U.S. Bankruptcy Court - Thirupaimaruth Raman, MD | 7100-001 | N/A | N/A | N/A | 4.82 |
| 23 | Central Massachusets Independent Physician Associ | 7100-000 | N/A | 2,389,517.06 | 2,389,517.06 | 567,106.98 |
| 24 | Harrington Hospital | 7100-000 | N/A | 1,149,197.50 | 1,149,197.50 | 272,740.43 |
| 25 -2 | Heywood Physician Hospital Organization, Inc. | 7100-000 | N/A | 1,645,331.93 | 1,645,331.93 | 390,488.62 |
| 26 | Andrew Wetstone, MD | 7100-000 | N/A | 119,873.03 | 119,873.03 | 28,449.61 |
| 27 | Ronald Kanagaki, MD | 7100-000 | N/A | 74,279.93 | 74,279.93 | 17,628.95 |
| 28 | Alphonse F. Calvanese, MD PC | 7100-000 | N/A | 179,248.19 | 179,248.19 | 42,541.19 |
| 29 | Quality Health Ideas, Inc. | 7100-000 | N/A | 160,000.00 | 0.00 | 0.00 |
| 30 | Philip Gaziano | 7100-000 | N/A | 1,500,000.00 | 0.00 | 0.00 |
| 31 | Anna Felicitas Thurmayr | 7100-000 | N/A | 1,500,000.00 | 0.00 | 0.00 |
| 32 | Advantech Consulting Corporation | 7100-000 | N/A | 1,170,651.00 | 0.00 | 0.00 |
| 33U | Catherine I. Hanson | 7100-000 | N/A | 214,400.00 | 214,400.00 | 50,883.81 |
| 34 | Blue Cross and Blue Shield of Mass. HMO Blue, Inc. | 7100-000 | N/A | 2,469,682.00 | 2,469,682.00 | 586,132.62 |
| 35 | CentMass Association of Physicians, Inc. | 7100-000 | N/A | 4,549,748.68 | 4,549,748.68 | 1,079,797.36 |
| 36 | Mark J. Mullan | 7100-000 | N/A | 24,242.45 | 24,242.45 | 5,753.49 |
| 37 | Neal Lakritz | 7100-000 | N/A | 33,422.40 | 33,422.40 | 7,932.18 |
| 38 | Anand Kanjolia, MD | 7100-000 | N/A | 7,493.73 | 0.00 | 0.00 |
| 39 | Edward A. Kamens, MD | 7100-000 | N/A | 20,600.00 | 0.00 | 0.00 |
| 40 | Robert Fraser, MD | 7100-000 | N/A | 12,700.00 | 0.00 | 0.00 |
| 41 | Primum/ACSMI Joint Venture | 7100-000 | N/A | 256,481.40 | 256,481.40 | 60,871.04 |
| 42U | Massachusetts Department of Revenue | 7200-000 | N/A | 4,400.00 | 0.00 | 0.00 |
| 43 | Francis Murray | 7200-000 | N/A | 104,140.79 | 104,140.79 | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| 44 | Jackson Lewis P.C. | 7200-000 | N/A | | 9,251.00 | 9,251.00 | 0.00 |

| **TOTAL GENERAL UNSECURED CLAIMS** | | | | $0.00 | $18,802,951.51 | $14,277,734.11 | $3,361,640.55 |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

| | |
|---|---|
| **Case Number:** 15-31132 | **Trustee:** (410250)  Gary M. Weiner |
| **Case Name:** ACCOUNTABLE CARE ASSOCIATES, INC. | **Filed (f) or Converted (c):** 12/17/15 (f) |
| | **§341(a) Meeting Date:** 03/22/16 |
| **Period Ending:** 06/10/21 | **Claims Bar Date:** 05/16/16 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description**<br>(Scheduled And Unscheduled (u) Property)<br><br>**Ref. #** | **Petition/<br>Unscheduled<br>Values** | **Estimated Net Value**<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | **Property<br>Abandoned<br>OA=§554(a)** | **Sale/Funds<br>Received by<br>the Estate** | **Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets** |
| 1  BANK ACCOUNTS - FIRST NIAGARA - 4913 | 24,479.68 | 24,479.68 | | 24,479.68 | FA |
| 2  BANK ACCOUNTS - FIRST NIAGARA - 4947 | 61,441.89 | 61,441.89 | | 61,441.89 | FA |
| 3  NET PROCEEDS FROM SALE OF PERSONAL PROPERTY | 23,511.80 | 23,511.80 | | 23,511.80 | FA |
| 4  POTENTIAL INSURANCE POLICY REFUNDS | Unknown | 1,500.00 | | 5,805.01 | FA |
| 5  VOID - DUPLICATE OF ASSET NO. 27 | 0.00 | 0.00 | | 0.00 | FA |
| 6  BUSINESS INTERESTS - HEALTH IN EVOLUTION, INC.<br>   Subject to litigation | Unknown | 250,000.00 | | 0.00 | FA |
| 7  BUSINESS INTERESTS - ACCOUNTABLE CARE MANAGEMENT<br>   Subject to litigation | Unknown | 1.00 | | 0.00 | FA |
| 8  INTERNET DOMAIN NAME AND WEBSITE | Unknown | 0.00 | | 0.00 | FA |
| 9  CUSTOMER LISTS., MAILING LISTS ETC | Unknown | 0.00 | | 0.00 | FA |
| 10  INTELLECTUAL PROPERTY RIGHTS<br>   Related to tools and solutions used by Quality Health Ideas Inc. and Health in Evolution, Inc.  Subject to litigation | Unknown | 1.00 | | 0.00 | FA |
| 11  CARESCREEN (TM) AND OTHER SOFTWARE SOLUTIONS<br>   Subject to litigation see asset 6, 16-20 | Unknown | 250,000.00 | | 0.00 | FA |
| 12  GOODWILL | Unknown | 0.00 | | 0.00 | FA |
| 13  POTENTIAL TAX REFUNDS  (u) | Unknown | 1.00 | | 82,020.00 | FA |
| 14  INTERESTS IN INSURANCE POLICIES<br>   Directors and Officers Policy and Excess Policy through Chubb and One Beacon.  Policies are "wasting policies" and are being depleted as litigation continues. | Unknown | 2,500,000.00 | | 0.00 | FA |
| 15  CAUSE OF ACTION V. GAZIANO ET AL<br>   Breach of Fiduciary Duty, Waste, Unjust Enrichment and Breach of Contract.  Subject to litigation | Unknown | 250,000.00 | | 3,000,000.00 | FA |
| 16  CLAIM AGAINST QUALITY HEALTH IDEAS, INC | Unknown | 1.00 | | 1,037,000.00 | FA |

Exhibit 8

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 2

**Case Number:** 15-31132

**Case Name:** ACCOUNTABLE CARE ASSOCIATES, INC.

**Period Ending:** 06/10/21

**Trustee:** (410250)    Gary M. Weiner

**Filed (f) or Converted (c):** 12/17/15 (f)

**§341(a) Meeting Date:** 03/22/16

**Claims Bar Date:** 05/16/16

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| | Re: leasehold buildout and improvements. Subject to litigation | | | | | |
| 17 | CLAIM AGAINST HEALTH IN EVOLUTION, INC.<br>For information technology and other services.<br>Subject to litigation | Unknown | 250,000.00 | | 0.00 | FA |
| 18 | CLAIM AGAINST QUALITY HEALTH IDEAS, INC.<br>For information technology and other services.<br>Subject to litigatiion | Unknown | 250,000.00 | | 0.00 | FA |
| 19 | CLAIM AGAINST ACCOUNTABLE CARE PRACTICE SERVICES | Unknown | 1.00 | | 0.00 | FA |
| 20 | CLAIM AGAINST ACCOUNTABLE CARE CLINICAL SERVICES | Unknown | 1.00 | | 0.00 | FA |
| 21 | CLAIM AGAINST PHYSICIANS ACCOUNTABLE CARE SOLUTI | Unknown | 1.00 | | 0.00 | FA |
| 22 | ACCOUNTS RECEIVABLE - BLUE CROSS BLUE SHIELD<br>Subject to litigation and highly disputed | Unknown | 250,000.00 | | 0.00 | FA |
| 23 | ACCOUNTS RECEIVABLE - TUFTS HEALTH PLAN<br>Subject to litigation | Unknown | 150,000.00 | | 0.00 | FA |
| 24 | ACCOUNTS RECEIVABLE - FALLON<br>Subject to litigation. | Unknown | 65,000.00 | | 0.00 | FA |
| 25 | ACCOUNTS RECEIVABLE - AQC<br>Subject to litigation | Unknown | 1.00 | | 0.00 | FA |
| 26 | ACCOUNTS RECEIVABLE - QUALITY HEALTH IDEAS, INC.<br>Subject to litigation. | 16,843.75 | 16,843.75 | | 0.00 | FA |
| 27 | ACCOUNTS RECEIVABLE - NOBLE HOSPITAL<br>Subject to litigation. | 199,695.95 | 199,695.95 | | 199,695.95 | FA |
| 28 | CLAIM AGAINST PETER DRENNAN MD (u) | Unknown | 10,416.65 | | 4,000.00 | FA |
| 29 | CLAIM AGAINST MARC GOLDMAN (u) | Unknown | 14,583.32 | | 5,000.00 | FA |
| 30 | CLAIM AGAINST DAVID HENDREN (u) | Unknown | 257,171.08 | | 0.00 | FA |
| 31 | CLAIM AGAINST GREGORY MILLIGAN (u) | Unknown | 95,140.87 | | 12,500.00 | FA |

Exhibit 8

Page:  3

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 15-31132

**Case Name:**   ACCOUNTABLE CARE ASSOCIATES, INC.

**Period Ending:** 06/10/21

**Trustee:**    (410250)   Gary M. Weiner

**Filed (f) or Converted (c):** 12/17/15 (f)

**§341(a) Meeting Date:** 03/22/16

**Claims Bar Date:** 05/16/16

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 32 | CLAIM AGAINST SHAMIM NAJEEBI MD  (u) | Unknown | 28,084.83 | | 10,000.00 | FA |
| 33 | CLAIM AGAINST THOMAS GAZIANO, MD  (u) | Unknown | 21,071.01 | | 10,000.00 | FA |
| 34 | CLAIM AGAINST JONATHAN BAYUK , DO  (u) | Unknown | 241,333.37 | | 72,400.00 | FA |
| 35 | CLAIM AGAINST DG HEALTHCARE  (u) | Unknown | 72,000.00 | | 0.00 | FA |
| 36 | CLAIM AGAINST HCPA 401  (u)<br>    Uncollectible, as defendant is no longer operating | Unknown | 310,000.00 | | 0.00 | FA |
| 37 | CLAIM AGAINST JAMES GIORDANO  (u) | Unknown | 18,839.39 | | 67,500.00 | FA |
| 38 | CLAIM AGAINST KIMBLE ROSS DBA KIMPLE<br>PUBLIC AFFA  (u) | Unknown | 170,000.00 | | 0.00 | FA |
| 39 | CLAIM AGAINST RAMACHANDRAN KUPPUSWAMY<br>MD  (u) | Unknown | 95,577.30 | | 35,000.00 | FA |
| 40 | CLAIM AGAINST MANAGED TRANSITIONS  (u) | Unknown | 523,001.84 | | 0.00 | FA |
| 41 | CLAIM AGAINST PETER SPITZER, MD  (u) | Unknown | 17,750.00 | | 0.00 | FA |
| 42 | Remnant Assets  (u)<br>    sale of remaining assets per court order of  March<br>30, 2020, Docket no. 318 | 0.00 | 6,500.00 | | 6,500.00 | FA |
| **42** | **Assets**    Totals (Excluding unknown values) | **$325,973.07** | **$6,423,950.73** | | **$4,656,854.33** | **$0.00** |

**Major Activities Affecting Case Closing:**

        TDR to be filed

**Initial Projected Date Of Final Report (TFR):**     June 1, 2018          **Current Projected Date Of Final Report (TFR):**     August 3, 2020  (Actual)

Exhibit 9

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

**Case Number:** 15-31132
**Case Name:** ACCOUNTABLE CARE ASSOCIATES, INC.

**Taxpayer ID #:** **-***6941
**Period Ending:** 06/10/21

**Trustee:** Gary M. Weiner (410250)
**Bank Name:** Mechanics Bank
**Account:** ******6866 - Checking Account
**Blanket Bond:** $50,000,000.00  (per case limit)
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 03/07/16 | {4} | Hendel & Collins | funds from Debtor represelnting a returned premium regarding one of the Debtor's insurance policies | 1129-000 | 5,805.01 | | 5,805.01 |
| 03/11/16 | {3} | Hendel & Collins, P.C. | Turnover of personal property proceeds | 1129-000 | 23,511.80 | | 29,316.81 |
| 03/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 25.49 | 29,291.32 |
| 04/12/16 | {1} | Accountable Care Associates, Inc. | Turnover of  funds from the Debtor's First Niagara bank account - 4913 | 1129-000 | 24,479.68 | | 53,771.00 |
| 04/12/16 | {2} | Accountable Care Associates, Inc. | Turnover of funds from Debtor's First Niagara bank account - 4947 | 1129-000 | 61,441.89 | | 115,212.89 |
| 04/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 106.34 | 115,106.55 |
| 05/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 159.60 | 114,946.95 |
| 06/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 181.39 | 114,765.56 |
| 07/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 159.13 | 114,606.43 |
| 08/11/16 | 101 | International Sureties, Ltd. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 08/11/2016 FOR CASE #15-31132, Bond Number 016027601 | 2300-000 | | 38.04 | 114,568.39 |
| 08/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 180.80 | 114,387.59 |
| 09/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 164.07 | 114,223.52 |
| 10/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 158.38 | 114,065.14 |
| 11/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 174.54 | 113,890.60 |
| 12/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 163.36 | 113,727.24 |
| 01/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 174.45 | 113,552.79 |
| 02/28/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 152.44 | 113,400.35 |
| 03/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 168.54 | 113,231.81 |
| 04/28/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 152.00 | 113,079.81 |
| 05/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 178.91 | 112,900.90 |
| 06/19/17 | {27} | Baystate Noble Hospital Corporation | ACCOUNTS RECEIVABLE | 1121-000 | 199,695.95 | | 312,596.85 |
| 06/30/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 258.13 | 312,338.72 |
| 07/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 434.27 | 311,904.45 |
| 08/01/17 | 102 | International Sureties, Ltd. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 08/01/2017 FOR CASE #15-31132, Bond # 016027601 | 2300-000 | | 112.00 | 311,792.45 |
| 08/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 493.40 | 311,299.05 |
| 09/29/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 432.83 | 310,866.22 |
| 10/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 476.94 | 310,389.28 |
| 11/30/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 446.44 | 309,942.84 |
| 12/29/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 430.94 | 309,511.90 |

Subtotals :                $314,934.33        $5,422.43

{} Asset reference(s)

Exhibit 9

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

**Case Number:** 15-31132
**Case Name:** ACCOUNTABLE CARE ASSOCIATES, INC.

**Taxpayer ID #:** **-***6941
**Period Ending:** 06/10/21

**Trustee:** Gary M. Weiner (410250)
**Bank Name:** Mechanics Bank
**Account:** ******6866 - Checking Account
**Blanket Bond:** $50,000,000.00  (per case limit)
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 01/19/18 | 103 | United States Bankruptcy Court | remit adversary filing fees for cases: 18-03001; 18-03002; 18-03003; 18-03004 and 18-03005 | 2700-000 | | 1,750.00 | 307,761.90 |
| 01/31/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 489.03 | 307,272.87 |
| 02/28/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 412.50 | 306,860.37 |
| 03/30/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 441.37 | 306,419.00 |
| 04/30/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 426.04 | 305,992.96 |
| 05/04/18 | {34} | Dr. Jonathan Bayuk | first installment payment re compromise | 1241-000 | 36,200.00 | | 342,192.96 |
| 05/08/18 | {28} | Shatz Schwartz and Fentin, P.C. | payment  Doctor Drennan - settlement re compromise | 1241-000 | 4,000.00 | | 346,192.96 |
| 05/08/18 | {33} | Dr. Thomas Gaziano | settlement  re compromise | 1241-000 | 10,000.00 | | 356,192.96 |
| 05/16/18 | {29} | Marc A. Goldman | compromise settlement | 1241-000 | 5,000.00 | | 361,192.96 |
| 05/23/18 | {32} | Shamin A. Najeebi | settlement compromise | 1241-000 | 10,000.00 | | 371,192.96 |
| 05/31/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 547.31 | 370,645.65 |
| 06/19/18 | {39} | Ramachandran Kuppuswamy | settlement of adversary proceeding | 1241-000 | 35,000.00 | | 405,645.65 |
| 06/29/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 530.45 | 405,115.20 |
| 07/25/18 | {34} | Dr. Jonathan L. Bayuk | funds re compromise allowed on 6-4-2018 | 1241-000 | 36,200.00 | | 441,315.20 |
| 07/31/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 630.22 | 440,684.98 |
| 08/13/18 | 104 | International Sureties, Ltd. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 08/13/2018 FOR CASE #15-31132, Bond Number 016027601 Voided on 08/13/18 | 2300-000 | | 172.32 | 440,512.66 |
| 08/13/18 | 104 | International Sureties, Ltd. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 08/13/2018 FOR CASE #15-31132, Bond Number 016027601 Voided: check issued on 08/13/18 | 2300-000 | | -172.32 | 440,684.98 |
| 08/13/18 | 105 | International Sureties, Ltd. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 08/13/2018 FOR CASE #15-31132, Bond # 016027601 | 2300-000 | | 191.94 | 440,493.04 |
| 08/31/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 654.85 | 439,838.19 |
| 09/28/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 337.40 | 439,500.79 |
| 10/01/18 | {37} | O'Connell & Plumb, P.C. | settlement of claim | 1241-000 | 67,500.00 | | 507,000.79 |
| 10/24/18 | 106 | JAMS | remit fee to mediator per court order entered 10/15/18 | 3721-000 | | 4,000.00 | 503,000.79 |
| 10/31/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 450.43 | 502,550.36 |
| 11/27/18 | 107 | JAMS | Remit fee to mediator | 3721-000 | | 3,500.00 | 499,050.36 |
| 01/15/19 | 108 | Holland & Knight  LLP | Remit fees allowed by court re First Interim Application for Compensation | | | 250,000.00 | 249,050.36 |

Subtotals :  $203,900.00   $264,361.54

{} Asset reference(s)

Exhibit 9

# Form 2

Page: 3

## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case Number:** 15-31132 | |
| **Case Name:** ACCOUNTABLE CARE ASSOCIATES, INC. | |
| | |
| **Taxpayer ID #:** **-***6941 | |
| **Period Ending:** 06/10/21 | |

| | |
|---|---|
| **Trustee:** | Gary M. Weiner (410250) |
| **Bank Name:** | Mechanics Bank |
| **Account:** | ******6866 - Checking Account |
| **Blanket Bond:** | $50,000,000.00  (per case limit) |
| **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | Fees                           237,193.10 | 3210-600 | | | 249,050.36 |
| | | | Expenses                       12,806.90 | 3220-610 | | | 249,050.36 |
| 02/13/19 | | JAMS | refund of unused  portion of fees to mediator | 3721-000 | | -1,063.09 | 250,113.45 |
| 06/05/19 | | Transition Transfer Debit | Transfer to People's United Bank Acct | 9999-000 | | 250,113.45 | 0.00 |

| | | | |
|---|---|---|---|
| **ACCOUNT TOTALS** | 518,834.33 | 518,834.33 | **$0.00** |
| Less: Bank Transfers | 0.00 | 250,113.45 | |
| **Subtotal** | 518,834.33 | 268,720.88 | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$518,834.33** | **$268,720.88** | |

{} Asset reference(s)

Exhibit 9

# Form 2

Page: 4

## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case Number:** 15-31132 | **Trustee:** Gary M. Weiner (410250) |
| **Case Name:** ACCOUNTABLE CARE ASSOCIATES, INC. | **Bank Name:** People's United Bank |
| | **Account:** ********0579 - Checking Account |
| **Taxpayer ID #:** **-***6941 | **Blanket Bond:** $50,000,000.00  (per case limit) |
| **Period Ending:** 06/10/21 | **Separate Bond:** N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 06/05/19 | | Transfer from 0061 to 0579 | Transfer from 0061 to 0579 | 9999-000 | 250,113.45 | | 250,113.45 |
| 08/16/19 | 10109 | International Sureties, Ltd. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 08/16/2019 FOR CASE #15-31132, Bond Number 016027601 | 2300-000 | | 106.20 | 250,007.25 |
| 09/03/19 | 10110 | Commonwealth of Massachusetts | MA - Form 355 12/31/2015 TIN 46-2266941 | 2820-000 | | 794.00 | 249,213.25 |
| 09/03/19 | 10111 | Commonwealth of Massachusetts | MA - Form 355 12/31/2016 TIN 46-2266941 | 2820-000 | | 761.00 | 248,452.25 |
| 09/03/19 | 10112 | Commonwealth of Massachusetts | MA - Form 355 12/31/2017 TIN 46-2266941 | 2820-000 | | 673.00 | 247,779.25 |
| 09/03/19 | 10113 | Commonwealth of Massachusetts | MA Form 355 12/31/2018 TIN 46-2266941 | 2820-000 | | 524.00 | 247,255.25 |
| 10/16/19 | {15} | OB Services | Funds received per court order of 10/1/19 | 1129-000 | 3,000,000.00 | | 3,247,255.25 |
| 10/28/19 | {13} | United States Treasury | 12/2014 f1120 ref | 1224-000 | 822,020.00 | | 4,069,275.25 |
| 10/28/19 | {13} | United States Treasury | 12/2014 f1120 ref | 1224-000 | 82,020.00 | | 4,151,295.25 |
| 10/29/19 | {13} | United States Treasury | Reversed Deposit 100002 1 12/2014 f1120 ref | 1224-000 | -822,020.00 | | 3,329,275.25 |
| 11/13/19 | {16} | Chubb and Son, a Division of Federal Insurance Company | Funds received per court order of 10/1/19 | 1129-000 | 1,037,000.00 | | 4,366,275.25 |
| 12/18/19 | 10114 | Holland & Knight LLP | Remit fees and expenses for Special Counsel per court order of 12/16/19 | | | 561,562.00 | 3,804,713.25 |
| | | | remit fees to special           541,353.90<br>counsel per court order | 3210-600 | | | 3,804,713.25 |
| | | | remit expenses to               20,208.10<br>special counsel per court<br>order | 3220-610 | | | 3,804,713.25 |
| 12/18/19 | 10115 | Verdolino & Lowey, P.C. | Remit fees and expenses to accountant per court order | | | 123,716.57 | 3,680,996.68 |
| | | | Remit fees to accountant    116,825.00<br>per court order | 3410-000 | | | 3,680,996.68 |
| | | | Remit expenses to              6,891.57<br>accountant per court<br>order | 3420-000 | | | 3,680,996.68 |
| 02/14/20 | 10116 | Commonwealth of Massachusetts | Corporate Excise Tax Return 2019  TIn No. 46-2266941 | 2820-000 | | 456.00 | 3,680,540.68 |
| 03/25/20 | | Misc Adjustment | Misc Adjustment | 9999-000 | | 3,680,540.68 | 0.00 |

| | | | |
|---|---|---|---|
| **ACCOUNT TOTALS** | 4,369,133.45 | 4,369,133.45 | **$0.00** |
| Less: Bank Transfers | 250,113.45 | 3,680,540.68 | |
| **Subtotal** | 4,119,020.00 | 688,592.77 | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$4,119,020.00** | **$688,592.77** | |

{} Asset reference(s)

Exhibit 9

## Form 2

Page: 5

### Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case Number:** 15-31132 | |
| **Case Name:** ACCOUNTABLE CARE ASSOCIATES, INC. | |
| **Taxpayer ID #:** **-***6941 | |
| **Period Ending:** 06/10/21 | |

| | |
|---|---|
| **Trustee:** Gary M. Weiner (410250) | |
| **Bank Name:** Metropolitan Commercial Bank | |
| **Account:** ******9472 - Checking Account | |
| **Blanket Bond:** $50,000,000.00 (per case limit) | |
| **Separate Bond:** N/A | |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 03/25/20 | | Transition Transfer Credit | Transition Transfer Credit | 9999-000 | 3,680,540.68 | | 3,680,540.68 |
| 03/27/20 | {31} | Gregory Milligan | settlement of judgment in adversary proceeding | 1241-000 | 12,500.00 | | 3,693,040.68 |
| 03/31/20 | | Metropolitan Commercial Bank | Bank and Technology Services Fee | 2600-000 | | 2,797.13 | 3,690,243.55 |
| 04/13/20 | {42} | Oak Point Partners | Deposit of funds from sale of Remnant | 1229-000 | 6,500.00 | | 3,696,743.55 |
| 04/30/20 | | Metropolitan Commercial Bank | Bank and Technology Services Fee | 2600-000 | | 5,594.26 | 3,691,149.29 |
| 05/29/20 | | Metropolitan Commercial Bank | Bank and Technology Services Fee | 2600-000 | | 5,407.78 | 3,685,741.51 |
| 06/30/20 | | Metropolitan Commercial Bank | Bank and Technology Services Fee | 2600-000 | | 5,967.21 | 3,679,774.30 |
| 07/31/20 | | Metropolitan Commercial Bank | Bank and Technology Services Fee | 2600-000 | | 5,780.73 | 3,673,993.57 |
| 08/24/20 | | Metropolitan Commercial Bank | Bank and Technology Services Fee Adjustment | 2600-000 | | -5,780.73 | 3,679,774.30 |
| 09/22/20 | 20117 | Verdolino & Lowey, P.C. | Dividend paid 100.00% on $126,126.50, Accountant for Trustee Fees (Other Firm); Reference: | 3410-000 | | 9,301.50 | 3,670,472.80 |
| 09/22/20 | 20118 | Verdolino & Lowey, P.C. | Dividend paid 100.00% on $8,489.66, Accountant for Trustee Expenses (Other Firm); Reference: | 3420-000 | | 1,598.09 | 3,668,874.71 |
| 09/22/20 | 20119 | Weiner Law Firm, P.C. | Dividend paid 100.00% on $141,128.00, Attorney for Trustee Fees (Trustee Firm); Reference: | 3110-000 | | 141,128.00 | 3,527,746.71 |
| 09/22/20 | 20120 | Weiner Law Firm, P.C. | Dividend paid 100.00% on $840.47, Attorney for Trustee Expenses (Trustee Firm); Reference: | 3120-000 | | 840.47 | 3,526,906.24 |
| 09/22/20 | 20121 | Catherine I. Hanson | Dividend paid 100.00% on $1,487.04; Claim# 33P; Filed: $1,487.04; Reference: | 5800-000 | | 1,487.04 | 3,525,419.20 |
| 09/22/20 | 20122 | Willard MacDonnell Agency | Dividend paid 23.69% on $5,800.00; Claim# 1; Filed: $5,800.00; Reference: | 7100-000 | | 1,374.16 | 3,524,045.04 |
| 09/22/20 | 20123 | W. F. Johnson & Son Electrical Co., Inc | Dividend paid 23.69% on $6,544.90; Claim# 3; Filed: $6,544.90; Reference: | 7100-000 | | 1,550.64 | 3,522,494.40 |
| 09/22/20 | 20124 | Abdul Khadra, MD | Dividend paid 23.69% on $7,019.35; Claim# 4; Filed: $7,019.35; Reference: | 7100-000 | | 1,663.05 | 3,520,831.35 |
| 09/22/20 | 20125 | Pitney Bowes Inc | Dividend paid 23.69% on $2,086.11; Claim# 5; Filed: $2,086.11; Reference: | 7100-000 | | 494.25 | 3,520,337.10 |
| 09/22/20 | 20126 | Stephen Levine, M.D. | Dividend paid 23.69% on $4,207.56; Claim# 7; Filed: $4,207.56; Reference: Stopped on 11/18/20 | 7100-000 | | 996.87 | 3,519,340.23 |
| 09/22/20 | 20127 | Infoshred, LLC | Dividend paid 23.69% on $500.00; Claim# 8; Filed: $500.00; Reference: | 7100-000 | | 118.46 | 3,519,221.77 |

Exhibit 9

# Form 2

Page: 6

## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case Number:** 15-31132 | |
| **Case Name:** ACCOUNTABLE CARE ASSOCIATES, INC. | |
| | |
| **Taxpayer ID #:** **-***6941 | |
| **Period Ending:** 06/10/21 | |

| | |
|---|---|
| **Trustee:** | Gary M. Weiner (410250) |
| **Bank Name:** | Metropolitan Commercial Bank |
| **Account:** | ******9472 - Checking Account |
| **Blanket Bond:** | $50,000,000.00  (per case limit) |
| **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br><br>Paid To / Received From | 4<br><br>Description of Transaction | 5<br><br>T-Code | 6<br>Receipts<br>$ | 7<br>Disbursements<br>$ | Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 09/22/20 | 20128 | WB Mason Co. Inc. | Dividend paid 23.69% on $1,396.93; Claim# 9 -2; Filed: $1,396.93; Reference: | 7100-000 | | 330.96 | 3,518,890.81 |
| 09/22/20 | 20129 | PNC Equipment Finance, LLC | Dividend paid 23.69% on $66,765.48; Claim# 11; Filed: $66,765.48; Reference: | 7100-000 | | 15,818.28 | 3,503,072.53 |
| 09/22/20 | 20130 | Robert J Seer dba Scattered Packets | Dividend paid 23.69% on $166,752.52; Claim# 12; Filed: $166,752.52; Reference: | 7100-000 | | 39,507.52 | 3,463,565.01 |
| 09/22/20 | 20131 | United Parcel Service | Dividend paid 23.69% on $900.77; Claim# 13; Filed: $900.77; Reference: | 7100-000 | | 213.41 | 3,463,351.60 |
| 09/22/20 | 20132 | Picknelly Family Limited Partnership | Dividend paid 23.69% on $527,353.55; Claim# 14; Filed: $527,353.55; Reference: | 7100-000 | | 124,942.23 | 3,338,409.37 |
| 09/22/20 | 20133 | AMERICAN EXPRESS TRAVEL RELATED SERVICES COMPANY, | Dividend paid 23.69% on $1,845.72; Claim# 15; Filed: $1,845.72; Reference: | 7100-000 | | 437.29 | 3,337,972.08 |
| 09/22/20 | 20134 | AMERICAN EXPRESS TRAVEL RELATED SERVICES COMPANY, | Dividend paid 23.69% on $3,244.21; Claim# 16; Filed: $3,244.21; Reference: | 7100-000 | | 768.63 | 3,337,203.45 |
| 09/22/20 | 20135 | Lance D. Reynolds, M.D. | Dividend paid 23.69% on $61,279.96; Claim# 17; Filed: $61,279.96; Reference: | 7100-000 | | 14,518.64 | 3,322,684.81 |
| 09/22/20 | 20136 | George E. Reynolds, M.D. | Dividend paid 23.69% on $102,269.31; Claim# 18; Filed: $102,269.31; Reference: | 7100-000 | | 24,229.96 | 3,298,454.85 |
| 09/22/20 | 20137 | Bashir Bashiruddin, M.D. | Dividend paid 23.69% on $67,371.78; Claim# 19; Filed: $67,371.78; Reference: | 7100-000 | | 15,961.93 | 3,282,492.92 |
| 09/22/20 | 20138 | Stanley Glasser | Dividend paid 23.69% on $16,108.04; Claim# 20; Filed: $16,108.04; Reference: | 7100-000 | | 3,816.37 | 3,278,676.55 |
| 09/22/20 | 20139 | Mohan Rao, MD | Dividend paid 23.69% on $5,668.62; Claim# 21; Filed: $5,668.62; Reference: | 7100-000 | | 1,343.03 | 3,277,333.52 |
| 09/22/20 | 20140 | Thirupaimaruth Raman, MD | Dividend paid 23.69% on $11,802.94; Claim# 22; Filed: $11,802.94; Reference: | 7100-000 | | 2,796.39 | 3,274,537.13 |
| 09/22/20 | 20141 | Central Massachusetts Independent Physician Associ | Dividend paid 23.69% on $2,389,517.06; Claim# 23; Filed: $2,389,517.06; Reference: | 7100-000 | | 566,131.78 | 2,708,405.35 |
| 09/22/20 | 20142 | Harrington Hospital | Dividend paid 23.69% on $1,149,197.50; Claim# 24; Filed: $1,149,197.50; Reference: | 7100-000 | | 272,271.43 | 2,436,133.92 |
| 09/22/20 | 20143 | Heywood Physician Hospital Organization, Inc. | Dividend paid 23.69% on $1,645,331.93; Claim# 25 -2; Filed: $1,645,331.93; Reference: | 7100-000 | | 389,817.13 | 2,046,316.79 |
| 09/22/20 | 20144 | Andrew Wetstone, MD | Dividend paid 23.69% on $119,873.03; Claim# 26; Filed: $119,873.03; Reference: | 7100-000 | | 28,400.69 | 2,017,916.10 |
| 09/22/20 | 20145 | Ronald Kanagaki, MD | Dividend paid 23.69% on $74,279.93; Claim# 27; Filed: $74,279.93; Reference: | 7100-000 | | 17,598.63 | 2,000,317.47 |
| 09/22/20 | 20146 | Alphonse F. Calvanese, MD PC | Dividend paid 23.69% on $179,248.19; Claim# 28; Filed: $179,248.19; Reference: | 7100-000 | | 42,468.04 | 1,957,849.43 |
| 09/22/20 | 20147 | Catherine I. Hanson | Dividend paid 23.69% on $214,400.00; | 7100-000 | | 50,796.31 | 1,907,053.12 |

Subtotals :  $0.00  $1,612,168.65

Exhibit 9

## Form 2
### Cash Receipts And Disbursements Record

Page: 7

| | | | | | |
|---|---|---|---|---|---|
| **Case Number:** | 15-31132 | | **Trustee:** | Gary M. Weiner (410250) | |
| **Case Name:** | ACCOUNTABLE CARE ASSOCIATES, INC. | | **Bank Name:** | Metropolitan Commercial Bank | |
| | | | **Account:** | ******9472 - Checking Account | |
| **Taxpayer ID #:** | **-***6941 | | **Blanket Bond:** | $50,000,000.00   (per case limit) | |
| **Period Ending:** | 06/10/21 | | **Separate Bond:** | N/A | |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br><br>Paid To / Received From | 4<br><br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | Claim# 33U; Filed: $214,400.00; Reference: | | | | |
| 09/22/20 | 20148 | Blue Cross and Blue Shield of Mass.<br>HMO Blue, Inc. | Dividend paid 23.69% on $2,469,682.00;<br>Claim# 34; Filed: $2,469,682.00; Reference: | 7100-000 | | 585,124.70 | 1,321,928.42 |
| 09/22/20 | 20149 | CentMass Association of Physicians,<br>Inc. | Dividend paid 23.69% on $4,549,748.68;<br>Claim# 35; Filed: $4,549,748.68; Reference: | 7100-000 | | 1,077,940.53 | 243,987.89 |
| 09/22/20 | 20150 | Mark J. Mullan | Dividend paid 23.69% on $24,242.45; Claim#<br>36; Filed: $24,242.45; Reference: | 7100-000 | | 5,743.60 | 238,244.29 |
| 09/22/20 | 20151 | Neal Lakritz | Dividend paid 23.69% on $33,422.40; Claim#<br>37; Filed: $33,422.40; Reference: | 7100-000 | | 7,918.54 | 230,325.75 |
| 09/22/20 | 20152 | Primum/ACSMI Joint Venture | Dividend paid 23.69% on $256,481.40;<br>Claim# 41; Filed: $256,481.40; Reference: | 7100-000 | | 60,766.37 | 169,559.38 |
| 09/22/20 | 20153 | Gary M. Weiner | COMBINED CHECK FOR TRUSTEE<br>COMPENSATION, EXPENSES AND<br>INTEREST | | | 163,778.65 | 5,780.73 |
| | | | Dividend paid 100.00%        162,955.63<br>on $162,955.63;  Claim#<br>; Filed: $162,955.63 | 2100-000 | | | 5,780.73 |
| | | | Dividend paid 100.00%        823.02<br>on $823.02;  Claim# ;<br>Filed: $823.02 | 2200-000 | | | 5,780.73 |
| 11/18/20 | 20126 | Stephen Levine, M.D. | Dividend paid 23.69% on $4,207.56; Claim# 7;<br>Filed: $4,207.56; Reference:<br>Stopped: check issued on 09/22/20 | 7100-000 | | -996.87 | 6,777.60 |
| 11/18/20 | 20154 | Stephen Levine, M.D. | Dividend paid 23.69% on $4,207.56; Claim# 7;<br>Filed: $4,207.56; Reference: | 7100-000 | | 996.87 | 5,780.73 |
| 01/26/21 | 20155 | PNC Equipment Finance, LLC | Dividend paid 23.73% on $66,765.48; Claim#<br>11; Filed: $66,765.48; Reference: | 7100-000 | | 27.25 | 5,753.48 |
| 01/26/21 | 20156 | Robert J Seer dba Scattered<br>Packets | Dividend paid 23.73% on $166,752.52;<br>Claim# 12; Filed: $166,752.52; Reference:<br>Stopped on 04/08/21 | 7100-000 | | 68.06 | 5,685.42 |
| 01/26/21 | 20157 | Picknelly Family Limited Partnership | Dividend paid 23.73% on $527,353.55;<br>Claim# 14; Filed: $527,353.55; Reference: | 7100-000 | | 215.23 | 5,470.19 |
| 01/26/21 | 20158 | Lance D. Reynolds, M.D. | Dividend paid 23.73% on $61,279.96; Claim#<br>17; Filed: $61,279.96; Reference: | 7100-000 | | 25.01 | 5,445.18 |
| 01/26/21 | 20159 | George E. Reynolds, M.D. | Dividend paid 23.73% on $102,269.31;<br>Claim# 18; Filed: $102,269.31; Reference: | 7100-000 | | 41.74 | 5,403.44 |
| 01/26/21 | 20160 | Bashir Bashiruddin, M.D. | Dividend paid 23.73% on $67,371.78; Claim#<br>19; Filed: $67,371.78; Reference: | 7100-000 | | 27.50 | 5,375.94 |
| 01/26/21 | 20161 | Stanley Glasser | Dividend paid 23.73% on $16,108.04; Claim# | 7100-000 | | 6.57 | 5,369.37 |

Subtotals :           $0.00        $1,901,683.75

Exhibit 9

# Form 2

Page: 8

## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case Number:** 15-31132 | |
| **Case Name:** ACCOUNTABLE CARE ASSOCIATES, INC. | |
| **Taxpayer ID #:** **-***6941 | |
| **Period Ending:** 06/10/21 | |

| | |
|---|---|
| **Trustee:** | Gary M. Weiner (410250) |
| **Bank Name:** | Metropolitan Commercial Bank |
| **Account:** | ******9472 - Checking Account |
| **Blanket Bond:** | $50,000,000.00  (per case limit) |
| **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | 5<br>T-Code | 6<br>Receipts<br>$ | 7<br>Disbursements<br>$ | Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | 20; Filed: $16,108.04; Reference: | | | | |
| 01/26/21 | 20162 | Central Massachusetts Independent Physician Associ | Dividend paid 23.73% on $2,389,517.06; Claim# 23; Filed: $2,389,517.06; Reference: Stopped on 04/08/21 | 7100-000 | | 975.20 | 4,394.17 |
| 01/26/21 | 20163 | Harrington Hospital | Dividend paid 23.73% on $1,149,197.50; Claim# 24; Filed: $1,149,197.50; Reference: | 7100-000 | | 469.00 | 3,925.17 |
| 01/26/21 | 20164 | Heywood Physician Hospital Organization, Inc. | Dividend paid 23.73% on $1,645,331.93; Claim# 25 -2; Filed: $1,645,331.93; Reference: | 7100-000 | | 671.49 | 3,253.68 |
| 01/26/21 | 20165 | Andrew Wetstone, MD | Dividend paid 23.73% on $119,873.03; Claim# 26; Filed: $119,873.03; Reference: | 7100-000 | | 48.92 | 3,204.76 |
| 01/26/21 | 20166 | Ronald Kanagaki, MD | Dividend paid 23.73% on $74,279.93; Claim# 27; Filed: $74,279.93; Reference: | 7100-000 | | 30.32 | 3,174.44 |
| 01/26/21 | 20167 | Alphonse F. Calvanese, MD PC | Dividend paid 23.73% on $179,248.19; Claim# 28; Filed: $179,248.19; Reference: | 7100-000 | | 73.15 | 3,101.29 |
| 01/26/21 | 20168 | Catherine I. Hanson | Dividend paid 23.73% on $214,400.00; Claim# 33U; Filed: $214,400.00; Reference: | 7100-000 | | 87.50 | 3,013.79 |
| 01/26/21 | 20169 | Blue Cross and Blue Shield of Mass. HMO Blue, Inc. | Dividend paid 23.73% on $2,469,682.00; Claim# 34; Filed: $2,469,682.00; Reference: | 7100-000 | | 1,007.92 | 2,005.87 |
| 01/26/21 | 20170 | CentMass Association of Physicians, Inc. | Dividend paid 23.73% on $4,549,748.68; Claim# 35; Filed: $4,549,748.68; Reference: | 7100-000 | | 1,856.83 | 149.04 |
| 01/26/21 | 20171 | Mark J. Mullan | Dividend paid 23.73% on $24,242.45; Claim# 36; Filed: $24,242.45; Reference: Stopped on 04/27/21 | 7100-000 | | 9.89 | 139.15 |
| 01/26/21 | 20172 | Neal Lakritz | Dividend paid 23.73% on $33,422.40; Claim# 37; Filed: $33,422.40; Reference: | 7100-000 | | 13.64 | 125.51 |
| 01/26/21 | 20173 | Primum/ACSMI Joint Venture | Dividend paid 23.73% on $256,481.40; Claim# 41; Filed: $256,481.40; Reference: | 7100-000 | | 104.67 | 20.84 |
| 01/26/21 | 20174 | U.S. Bankruptcy Court | COMBINED SMALL CHECK | | | 20.84 | 0.00 |
| | | | Dividend paid 23.73%        2.37 on $5,800.00;  Claim# 1; Filed: $5,800.00 | 7100-001 | | | 0.00 |
| | | | Dividend paid 23.73%        2.67 on $6,544.90;  Claim# 3; Filed: $6,544.90 | 7100-001 | | | 0.00 |
| | | | Dividend paid 23.73%        2.86 on $7,019.35;  Claim# 4; Filed: $7,019.35 | 7100-001 | | | 0.00 |
| | | | Dividend paid 23.73%        0.85 on $2,086.11;  Claim# 5; | 7100-001 | | | 0.00 |

| | | |
|---|---|---|
| Subtotals : | $0.00 | $5,369.37 |

Exhibit 9

# Form 2

Page: 9

## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case Number:** 15-31132 | |
| **Case Name:** ACCOUNTABLE CARE ASSOCIATES, INC. | |
| **Taxpayer ID #:** **-***6941 | |
| **Period Ending:** 06/10/21 | |

| | |
|---|---|
| **Trustee:** | Gary M. Weiner (410250) |
| **Bank Name:** | Metropolitan Commercial Bank |
| **Account:** | ******9472 - Checking Account |
| **Blanket Bond:** | $50,000,000.00  (per case limit) |
| **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br><br>Paid To / Received From | 4<br><br>Description of Transaction | | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|---|
| | | | Filed: $2,086.11 | | | | | |
| | | | Dividend paid  23.73%<br>on $4,207.56;  Claim# 7;<br>Filed: $4,207.56 | 1.72 | 7100-001 | | | 0.00 |
| | | | Dividend paid  23.73%<br>on $500.00;  Claim# 8;<br>Filed: $500.00 | 0.21 | 7100-001 | | | 0.00 |
| | | | Dividend paid  23.73%<br>on $1,396.93;  Claim# 9<br>-2; Filed: $1,396.93 | 0.58 | 7100-001 | | | 0.00 |
| | | | Dividend paid  23.73%<br>on $900.77;  Claim# 13;<br>Filed: $900.77 | 0.37 | 7100-001 | | | 0.00 |
| | | | Dividend paid  23.73%<br>on $1,845.72;  Claim#<br>15; Filed: $1,845.72 | 0.76 | 7100-001 | | | 0.00 |
| | | | Dividend paid  23.73%<br>on $3,244.21;  Claim#<br>16; Filed: $3,244.21 | 1.32 | 7100-001 | | | 0.00 |
| | | | Dividend paid  23.73%<br>on $5,668.62;  Claim#<br>21; Filed: $5,668.62 | 2.31 | 7100-001 | | | 0.00 |
| | | | Dividend paid  23.73%<br>on $11,802.94;  Claim#<br>22; Filed: $11,802.94 | 4.82 | 7100-001 | | | 0.00 |
| 04/08/21 | 20156 | Robert J Seer dba Scattered<br>Packets | Dividend paid  23.73% on $166,752.52;<br>Claim# 12; Filed: $166,752.52; Reference:<br>Stopped: check issued on 01/26/21 | | 7100-000 | | -68.06 | 68.06 |
| 04/08/21 | 20162 | Central Massachusetts Independent<br>Physician Associ | Dividend paid  23.73% on $2,389,517.06;<br>Claim# 23; Filed: $2,389,517.06; Reference:<br>Stopped: check issued on 01/26/21 | | 7100-000 | | -975.20 | 1,043.26 |
| 04/08/21 | 20175 | Robert J Seer dba Scattered<br>Packets | Dividend paid  23.73% on $166l752.52; Claim#<br>12; Filed: $166,752.52; Reference: | | 7100-000 | | 68.06 | 975.20 |
| 04/08/21 | 20176 | Central Massachusetts Independent<br>Physician Associ | Dividend paid  23.73% on $2,389,517.06;<br>Claim# 23; Filed: $2,389517.06; Reference: | | 7100-000 | | 975.20 | 0.00 |
| 04/27/21 | 20171 | Mark J. Mullan | Dividend paid  23.73% on $24,242.45; Claim#<br>36; Filed: $24,242.45; Reference:<br>Stopped: check issued on 01/26/21 | | 7100-000 | | -9.89 | 9.89 |
| 04/27/21 | 20177 | Mark J. Mullan | Dividend paid 23.73% on $24,242.45: claim | | 7100-000 | | 9.89 | 0.00 |

Subtotals :     $0.00     $0.00

{} Asset reference(s)

Printed: 06/10/2021 02:05 PM     V.20.33

Exhibit 9

# Form 2

Page: 10

## Cash Receipts And Disbursements Record

| | |
|---|---|
| Case Number: | 15-31132 |
| Case Name: | ACCOUNTABLE CARE ASSOCIATES, INC. |
| | |
| Taxpayer ID #: | **-***6941 |
| Period Ending: | 06/10/21 |

| | |
|---|---|
| Trustee: | Gary M. Weiner (410250) |
| Bank Name: | Metropolitan Commercial Bank |
| Account: | ******9472 - Checking Account |
| Blanket Bond: | $50,000,000.00   (per case limit) |
| Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| | | | #36; filed $24,242.45 | | | | |

| | Receipts $ | Disbursements $ | Checking Account Balance |
|---|---|---|---|
| **ACCOUNT TOTALS** | 3,699,540.68 | 3,699,540.68 | $0.00 |
| Less: Bank Transfers | 3,680,540.68 | 0.00 | |
| **Subtotal** | 19,000.00 | 3,699,540.68 | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$19,000.00** | **$3,699,540.68** | |

| | |
|---|---|
| Net Receipts : | 4,656,854.33 |
| Net Estate : | $4,656,854.33 |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **Checking # ******6866** | 518,834.33 | 268,720.88 | 0.00 |
| **Checking # ********0579** | 4,119,020.00 | 688,592.77 | 0.00 |
| **Checking # ******9472** | 19,000.00 | 3,699,540.68 | 0.00 |
| | $4,656,854.33 | $4,656,854.33 | $0.00 |